# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MARCH 26, 2021

## NO. 03-20-00481-CV

### L. C. and S. B.-N., Appellants

### v.

### Texas Department of Family and Protective Services, Appellee

**APPEAL FROM THE 146TH DISTRICT COURT OF BELL COUNTY**
**BEFORE CHIEF JUSTICE BYRNE, JUSTICES BAKER AND SMITH**
**REVERSED AND REMANDED -- OPINION BY JUSTICE BAKER**
**CONCURRING AND DISSENTING OPINION BY JUSTICE SMITH**

This is an appeal from the decree terminating parental rights signed by the trial court on September 14, 2020. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the decree. Therefore, the Court reverses the trial court's decree of termination as to S.B.-N. and L.C. and remands the case to the trial court for a new trial by jury. Appellee shall pay all costs relating to this appeal, both in this Court and in the court below.